UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CLORISSA D. PORTER, et al., | Case No. 2:16-cv-02949-APG-PAL |
| Plaintiff, | ORDER |
| v. | (Mot Ext Time Serve – ECF No. 29) |
| SOUTHERN NEVADA ADULT MENTAL HEALTH SERVICES, et al., | |
| Defendants. | |

Before the court is Plaintiffs' Notice of Motion and Motion to Extend Time for Service on Defendant Linda J. White (ECF No. 29). Plaintiffs request a 22-day retroactive extension of time, or from May 1, 2017, to May 23, 2017, to serve defendant Linda J. White. Defendant White was served on May 23, 2017. For good cause shown,

**IT IS ORDERED** that plaintiffs' Motion to Extend Time for Service on Defendant Linda J. White (ECF No. 29) is **GRANTED**.

DATED this 2nd day of June, 2017.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE