Mark E. Merin (California Bar No. 043849)
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:     (916) 443-6911
Facsimile:     (916) 447-8336
E-Mail:        mark@markmerin.com

Allen Lichtenstein (Nevada Bar No. 3992)
Allen Lichtenstein, Attorney at Law, Ltd.
3315 Russell Road, No. 222
Las Vegas, Nevada 89120
Telephone:     (702) 433-2666
Facsimile:     (702) 433-9591
E-Mail:        allaw@lvcoxmail.com

Attorneys for Plaintiffs
Clorissa D. Porter & William D. Spencer

ADAM PAUL LAXALT
Attorney General
LINDA C. ANDERSON
Chief Deputy Attorney General
Nevada Bar No. 4090
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
Telephone: (702) 486-3077
Fax: (702) 486-3871
Email: landerson@ag.nv.gov

Attorneys for Defendants
Southern Nevada Adult Mental Health Services,
Richard Whitely, Cody Phinney, Chelsea Szklany,
Joanne Malay, Leon Ravin, Leo Gallofin, and
Paul Shubert

ROBERT C. MCBRIDE, ESQ.
Nevada Bar No.: 7082
GERALD I. TAN, ESQ.
Nevada Bar No.: 13596
CARROLL, KELLY, TROTTER,
FRANZEN, McKENNA & PEABODY
8329 W. Sunset Road, Suite 260
Las Vegas, Nevada 89113
Telephone No. (702) 792-5855
Facsimile No. (702) 796-5855
E-mail: rcmcbride@cktfmlaw.com
E-mail: gltan@cktfmlaw.com

Attorneys for Defendant
Linda J. Fuller-Brown, M.D.
f/k/a Linda J. White, M.D.

1

**STIPULATION RE EXPERT DISCOVERY; [PROPOSED] ORDER**
*Porter v. Southern Nevada Adult Mental Health Services*, United States District Court, District of Nevada, Case No. 2:16-cv-02949-APG-PAL

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

SOUTHERN DIVISION

| | |
|---|---|
| CLORISSA D. PORTER, et al.,<br><br>        Plaintiffs,<br><br>vs.<br><br>SOUTHERN NEVADA ADULT MENTAL HEALTH SERVICES, et al.,<br><br>        Defendants. | Case No. 2:16-cv-02949-APG-PAL<br><br>**STIPULATION RE EXPERT DISCOVERY; [PROPOSED] ORDER** |

Plaintiffs Clorissa D. Porter and William D. Spencer (collectively, "Plaintiffs"), Defendants Southern Nevada Adult Mental Health Services, Richard Whitely, Cody Phinney, Chelsea Szklany, Joanne Malay, Leon Ravin, Leo Gallofin, and Paul Shubert (collectively, "State Defendants"), and Defendant Linda J. Fuller-Brown, M.D. f/k/a Linda J. White, M.D. ("White") submit the following Stipulation.

## **CURRENT EXPERT DISCOVERY DEADLINES**

Pursuant to the parties' stipulated discovery plan and scheduling order, and the Court's approval thereof, the following expert discovery deadlines apply in this matter:

- Initial Disclosure of Experts: December 22, 2017
- Rebuttal Disclosure of Experts: January 22, 2018
- Expert Discovery Cut-Off: February 22, 2018

*See* ECF No. 27 at 4:11-16 (parties' discovery plan and scheduling order) & ECF No. 32 (Court's order).

## **BASIS FOR STIPULATED MODIFICATION OF EXPERT DISCOVERY DEADLINES**

Plaintiffs' operable pleading, the First Amended Complaint, was filed on January 31, 2017. *See* ECF No. 6. Defendants filed a Fed. R. Civ. P. 12(b)(6) motion to dismiss on March 13, 2017. *See* ECF No. 22. Plaintiffs filed an opposition to that motion on March 27, 2017. *See* ECF No. 24. The Court has yet to rule on that motion.

Plaintiffs filed a motion for class certification on September 25, 2017. *See* ECF No. 38. Defendants filed oppositions to that motion on October 9, 2017. *See* ECF Nos. 39 & 40. The Court has

2

**STIPULATION RE EXPERT DISCOVERY; [PROPOSED] ORDER**
*Porter v. Southern Nevada Adult Mental Health Services*, United States District Court, District of Nevada, Case No. 2:16-cv-02949-APG-PAL

yet to rule on that motion.

The Court's resolution of these motions could substantially affect the need and type of expert disclosures necessary. Additionally, depending on how these motions are resolved, the nature and extent of an expert's review could be substantially affected. In other words, until these pending motions are resolved, the parties will not know what type of expert disclosures are necessary and, thus, are unable to comply with the currently-applicable expert discovery deadlines.

**STIPULATED AND PROPOSED MODIFICATION OF EXPERT DISCOVERY DEADLINES**

Accordingly, the parties stipulate that the currently-applicable expert discovery deadlines be extend, as follows:

1. The Initial Disclosure of Experts is EXTENDED from December 22, 2017, to **March 22, 2018**.
2. The Rebuttal Disclosure of Experts is EXTENDED from January 22, 2018, to **April 23, 2018**.
3. The Expert Discovery Cut-Off is EXTENDED from February 22, 2018, to **May 23, 2018**.

In extending these deadlines, it is the parties' intention to provide additional time for the Court to decide the pending motions, ECF Nos. 22 (motion to dismiss) & 38 (motion for class certification). Accordingly, the parties seek the extensions without prejudice to potential future extensions, in the event that the Court has not yet decided the pending motions when the extended deadlines dates are reached.

IT IS SO STIPULATED.

Dated: December 8, 2017                    Respectfully Submitted,
                                           LAW OFFICE OF MARK E. MERIN

                                              /s/ Mark E. Merin
                                           By: _____
                                              Mark E. Merin
                                              Attorney for Plaintiffs

Dated: December 8, 2017                    Respectfully Submitted,
                                           Office of the Attorney General

                                              /s/ Linda C. Anderson
                                              (as authorized on December 8, 2017)
                                           By: _____
                                              Linda C. Anderson
                                              Attorney for State Defendants

3

**STIPULATION RE EXPERT DISCOVERY; [PROPOSED] ORDER**
*Porter v. Southern Nevada Adult Mental Health Services*, United States District Court, District of Nevada, Case No. 2:16-cv-02949-APG-PAL

| | |
|---|---|
| Dated: December 8, 2017 | Respectfully Submitted,<br>Carroll, Kelly, Trotter, Franzen, McKenna & Peabody<br><br>/s/ Gerald L. Tan<br>(as authorized on December 8, 2017)<br>By: _____<br>Gerald L. Tan<br><br>Attorney for Defendant<br>Linda J. Fuller-Brown, M.D.<br>f/k/a Linda J. White, M.D. |

### [PROPOSED] ORDER

IT IS SO ORDERED:

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

DATED: December 15, 2017

4

**STIPULATION RE EXPERT DISCOVERY; [PROPOSED] ORDER**
*Porter v. Southern Nevada Adult Mental Health Services*, United States District Court, District of Nevada, Case No. 2:16-cv-02949-APG-PAL