# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CLORISSA D. PORTER and WILLIAM D. SPENCER, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SOUTHERN NEVADA ADULT MENTAL HEALTH SERVICES, et al.,<br><br>Defendants. | Case No. 2:16-cv-02949-APG-PAL<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

Plaintiffs Clorissa D. Porter and William D. Spencer bring this putative class action against Southern Nevada Adult Mental Health Services (SNAMHS), also known as Rawson-Neal Psychiatric Hospital, and numerous individuals employed by the state of Nevada. On December 13, 2017, I dismissed this case because the named plaintiffs are time-barred, but gave plaintiffs' counsel the opportunity to substitute in class representatives with timely claims. ECF No. 43.

The plaintiffs have stated their intent to stand on the pleadings and have chosen not to name new plaintiffs. ECF No. 45. I therefore dismiss this case with prejudice as time-barred for the reasons discussed in my previous order. I express no opinion as to whether the statute of limitations for other putative class members is stayed pending appeal.

DATED this 16th day of February, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE